```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  GALVESTON DIVISION
```

JAMES MCINGVALE,                §
                                §
        Plaintiff,               §
                                §    CIVIL ACTION NO. G-07-0228
v.                              §    (Consolidated with H-07-2176)
                                §
AGM, LLC,                       §
                                §
        Defendant.               §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting defendant's motion for summary judgment, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

Costs will be taxed against plaintiff.

**SIGNED** at Houston, Texas, on this the 27th day of July, 2007.

```
                              _____
                                      SIM LAKE
                           UNITED STATES DISTRICT JUDGE
```